UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LILLIE WASHINGTON,

                              Plaintiff,

           -against-

**ORDER**

04 CV 4096 (RJD) (LB)

CONEY ISLAND HOSPITAL,

                              Defendant.
------------------------------------------------------------X
DEARIE, District Judge.

       Defendant moved to dismiss plaintiff's complaint, and the Court referred defendant's motion to Magistrate Judge Lois Bloom for Report and Recommendation pursuant to 28 U.S.C. § 636. On September 19, 2006, Magistrate Judge Bloom issued a report, recommending that defendant's motion be granted in part and denied in part. Specifically, Magistrate Judge Bloom recommended dismissal of plaintiff's claims that arose prior to June 3, 2003, because they are untimely. The Court has reviewed Magistrate Judge Bloom's Report and Recommendation. No objections have been filed. The Court adopts Magistrate Judge Bloom's Report and Recommendation without qualification.

       Plaintiff has ignored Magistrate Judge Bloom's orders requiring her to: (1) inform the Court of the status of her job transfer request (March 1, 2005), and (2) respond to defendant's motion to dismiss (February 1, 2006). Indeed, plaintiff has taken no action in this case for well over a year. In order to reaffirm her interest in pursuing her claims, plaintiff shall submit an amended complaint consistent with Magistrate Judge Bloom's Report and Recommendation

within 30 days. If plaintiff fails to do so, the Court invites an application to dismiss the complaint in full.

SO ORDERED.

Dated: Brooklyn, New York
October 31, 2006

s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge